In the Matter of AKURA R. and Others, Infants. ONEIDA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MICHELLE A.R., Respondent. THERESA M. GIROUARD, ESQ., Appellant. (Appeal No. 1.) [879 NYS2d 777]—Appeal from an order of the Family Court, Oneida County (Joan E. Shkane, J.), entered April 23, 2008 in a proceeding pursuant to Family Court Act article 6. The order removed Theresa M. Girouard, Esq. as Law Guardian for the children on the ground of conflict of interest with petitioner.

It is hereby ordered that said appeal is unanimously dismissed without costs as moot. Present—Hurlbutt, J.P., Centra, Peradotto, Carni and Gorski, JJ.

In the Matter of KAIDEN F.F. and Others, Infants. ONEIDA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; JEREMY F. et al., Respondents. In the Matter of DUSTIN A.P., Respondent, v CORISSA O., Respondent. THERESA M. GIROUARD, ESQ., Appellant. (Appeal No. 2.) [879 NYS2d 778]—Appeal from an order of the Family Court, Oneida County (Joan E. Shkane, J.), entered July 2, 2008 in a proceeding pursuant to Family Court Act article 6. The order removed Theresa M. Girouard, Esq. as Law Guardian for the children on the ground of conflict of interest with petitioner Oneida County Department of Social Services.

It is hereby ordered that said appeal is unanimously dismissed without costs as moot. Present—Hurlbutt, J.P., Centra, Peradotto, Carni and Gorski, JJ.